# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**CENTRAL NEW YORK LABORERS' HEALTH AND WELFARE FUND,** by Janet M. Moro, as Fund Administrator; **CENTRAL NEW YORK LABORERS' PENSION FUND,** by Janet M. Moro, as Fund Administrator; **CENTRAL NEW YORK LABORERS' ANNUITY FUND,** by Janet M. Moro, as Fund Administrator; **CENTRAL NEW YORK LABORERS' TRAINING FUND,** by Janet M. Moro, as Fund Administrator; and **CONSTRUCTION AND GENERAL LABORERS' LOCAL UNION NO. 633,** by Gabriel Rosetti, as Business Manager

**CASE NUMBER: 5:08-CV-869 (NAM/DEP)**

vs.

**CERTIFIED TRAFFIC CONTROLLERS, INC. and CHRISTINE M. JOYCE, Individually and as an Officer of Certified Traffic Controllers, Inc.**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs are awarded default judgment against Certified Traffic Controllers, Inc., and Christine M. Joyce, as officer of Certified Traffic Controllers, Inc., in the amount of $17,064.46, which represents $15,368.28 in damages plus $1,696.18 in attorneys fees and costs, together with interest thereon, at the rate provided for by 28 U.S.C. § 1961(a).

Defendants are Ordered to produce their books and records for Plaintiffs review and audit covering January 1, 2007 to date, and to pay the cost of such audit, all auditing fees, and all attorneys fees and costs incurred in obtaining the audit.

The Court will retain jurisdiction over this action to enter judgment for any and all contributions and deductions determined to be due as a result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of collection, audit fees and attorneys fees.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 28th day of September, 2009.

DATED: September 29, 2009

*Laurence K. Baerman*
Clerk of Court

s/ Melissa Ennis

Melissa Ennis, Deputy Clerk